UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW COUGHLIN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>U.S. TSUBAKI, INC.,<br><br>　　　　　　　　Defendant | CIVIL ACTION NO. 09-30086<br><br>**STIPULATION OF DISMISSAL** |

**STIPULATION OF DISMISSAL** NOW COME THE PARTIES, by and through counsel, and pursuant to Fed. R. Civ. P. 41, file this Stipulation of Dismissal with Prejudice, and without costs to either party.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

For Plaintiff　　　　　　　　　　　　　　For Defendant

___/s/ Jeffrey S. Morneau　　　　　　　___/s/Jay M. Presser___
Jeffrey S. Morneau # 643668　　　　　Jay M. Presser, Esq.
Donohue, Hyland & Donohue, P.C.　　BBO No. 405760
1707 Northampton Street　　　　　　Skoler, Abbott & Presser, P.C.
Holyoke, MA  01040　　　　　　　　　One Monarch Place, Suite 2000
(413) 536-1977　　　　　　　　　　　Springfield, Massachusetts  01144
jmorneau@donohuehyland.com　　　　Tel.:  (413) 737-4753/Fax (413) 787-1941
　　　　　　　　　　　　　　　　　　　　JPresser@Skoler-Abbott.com

Dated:  December 17, 2010　　　　　Dated:  December 17, 2010